

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2020

No. 04-19-00590-CR

Derwin Ray **ROBINSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1021
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief was originally due by January 17, 2020 and was not filed. We notified appellant's counsel of the deficiency on February 3, 2020. *See* TEX. R. APP. P. 38.8(b)(2). In that notice, we cautioned appellant that if we did not receive an adequate response by February 13, 2020, we would abate this appeal to the trial court for an abandonment hearing. *See id.* Neither the brief nor a motion for extension of time to file the brief has been filed.

Pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we **ORDER** this appeal **ABATED** and **ORDER** the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We further **ORDER** the district clerk and court reporter to file a supplemental clerk's and reporter's records in this court **by March 25, 2020**, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2020.

Michael A. Cruz,
Clerk of Court